**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-1301**

---

JOHN CHARLES SCOTCHEL, JR.,

Debtor - Appellant,

and

HELEN HOLLAND SCOTCHEL,

Debtor,

v.

MARTIN PATRICK SHEEHAN, Trustee of the Bankruptcy Estate of
John C. Scotchel, Jr., and Helen H. Scotchel,

Trustee - Appellee.

---

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.    Irene M. Keeley,
District Judge. (1:13-cv-00161-IMK; 1:12-bk-00009)

---

Submitted: October 28, 2014          Decided: November 14, 2014

---

Before NIEMEYER, SHEDD, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John Charles Scotchel, Jr., Morgantown, West Virginia, for
Appellant.   Martin P. Sheehan, SHEEHAN & NUGENT, P.L.L.C.,
Wheeling, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Charles Scotchel, Jr., appeals the district court's order affirming the bankruptcy court's order sustaining the trustee's objection and finding that the entire amount of a contingency fee award was properly includable in Scotchel's bankruptcy estate. We have reviewed the record included on appeal, as well as the parties' briefs, and find no reversible error. Accordingly, we affirm on the reasoning of the courts below. Scotchel v. Sheehan, Nos. 1:13-cv-00161-IMK; 1:12-bk-00009 (N.D. W. Va. Mar. 3, 2014; June 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED